1  CYNTHIA L. RICE, SBN#87630
   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
2  1430 Franklin Street, Suite 103
   Oakland, CA 94612
3  Telephone: (510) 267-0762
   Facsimile: (510) 267-0763
4
5  BLANCA BAÑUELOS, SBN#231585
   ESMERELDA ZENDEJAS, SBN#258809
6  CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
   145 E. Weber Avenue
7  Stockton, CA 95202
   Telephone: (209) 946-0605
8
   **Attorneys for Plaintiffs** Sergio Aguirre Batista, Hugo Santiago Arredondo Huerta, Daniel Becerra
9  Aguilar, Israel Blas Jimenez, Librado Blas Martinez, Ramiro Alejandro Garcia Castro, Enrique Garcia
   Michel, Jaime Lopez Ramos, Fray Marcelino Lopez Rodriguez, Luis Ramon Naranjo Campos, Angel
10 Pano Ruiz, Frisdman Peña Ochoa, Aldo Manuel Rodriguez Zepeda, Octavio Revolledo Godinez, Agustin
   Torres Elias, Tomas Ayala Gonzalez, Marco Cesar Garcia Gutierrez, Jose Luis Rodriquez, Joel Murillo
11 Guerrero, Oscar Manuel Carillo Torres, Christian Ceja Ruiz, Christian Cruz Valverde, Gibran Rigoberto
   Diaz Campo, Leonel Esparza Ramirez, Benigno Martinez Marquez, Rene Meza Sanchez, Jesus Junior
12 Robles Rodriquez, Luis Manuel Torres Contreras, Uriel Torres Contreras, Juan Alfonso Bailon Marquez,
   Hugo Cesar Ceja Ibarra, Rigoberto Sandoval Preciado, Roberto Cruz Barragan, Obed Mares Contreras
13
14 DELLA BARNETT, SBN# 88649                         VIRGINIA VILLEGAS, SBN#179062
   CALIFORNIA RURAL ASSISTANCE FOUNDATION          VILLEGAS/CARRERA, LLP
15 2210 K Street, Suite 201                         170 Columbus Avenue, Suite 300
   Sacramento, CA 95814                             San Francisco, CA 94133
16 Telephone: (916) 446-7904                        Telephone: (415) 989-8000
   Facsimile: (916) 446-3057                        Facsimile: (415) 989-8028
17 Attorneys for all Plaintiff(s)                   Attorneys for all Plaintiff(s)

18
                           **UNITED STATES DISTRICT COURT**
19                         **EASTERN DISTRICT OF CALIFORNIA**

20 PATRICIA ALVAREZ CARDENAS, et al.,              Case No. 13-CV-02270-KJM-DAD
21           Plaintiff(s),
                                                   **DISMISSAL WITH PREJUDICE**
22      v.                                         **OF DEFENDANTS SGLC, INC.,**
                                                   **SALVADOR GONZALEZ, dba**
23 SGLC, INC., SALVADOR GONZALEZ, dba              **SALVADOR GONZALEZ FARM**
   SALVADOR GONZALEZ FARM LABOR                    **LABOR CONTRACTOR, and**
24 CONTRACTOR, and JULIAN GONZALEZ                 **JULIAN GONZALEZ and ORDER**
           Defendant(s)
25

26
27
28
   Dismissal with Prejudice of Defendants SGLC, Inc.,
   Salvador Gonzalez and Julian Gonzalez and ORDER          Case No. 13-CV-02270-MCE-KJN
                                                    1

1  TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
2  CALIFORNIA AND ALL PARTIES OF RECORD:
3      All Plaintiff(s), hereby dismiss this action against SGLC, Inc., Salvador Gonzalez, DBA
4  Salvador Gonzalez Farm Labor Contractor and Julian Gonzalez only, in its entirety, with
5  prejudice, and with all parties to bear their own attorneys' fees and costs, except otherwise
6  provided in the Settlement Agreement filed with this court.
7      Pursuant to Federal Rules of Civil Procedure Rule 41(a) and pursuant to the terms of the
8  Settlement Agreement this Court shall retain jurisdiction over action for the sole purpose of
9  enforcing the terms of the Settlement Agreement.
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

Dismissal with Prejudice of Defendants SGLC, Inc.,
Salvador Gonzalez and Julian Gonzalez and ORDER       Case No. 13-CV-02270-MCE-KJN

1 | This Dismissal is not intended to and shall not be construed to affect Plaintiffs' claims against
2 | any other named defendants in this action.

3 | Date: March 9, 2015               **CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**

4 |                                   By:   /S/CYNTHIA L. RICE

5 |                                   **CYNTHIA L. RICE**
6 |                                   **Attorney for some Plaintiff(s)**

7 | Date: March 9, 2015               **CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION**
8 |

9 |                                   By:   /S/DELLA BARNETT

10|                                   **DELLA BARNETT**
11|                                   **Attorney for all Plaintiff(s**

12| Date: March 9, 2015               **VILLEGAS/CARRERA, LLP**
13|
14|                                   By:    /S/ VIRGINIA R. VILLEGAS
                                     **VIRGINIA R. VILLEGAS**
15|                                   **Attorneys for all Plaintiff(s)**

16|        **IT IS SO ORDERED.**
17| **Dated:  March 12, 2015**
18|
19|                                   _____
20|                                   MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                     UNITED STATES DISTRICT COURT

---

Dismissal with Prejudice of Defendants SGLC, Inc.,
Salvador Gonzalez and Julian Gonzalez and ORDER        Case No. 13-CV-02270-MCE-KJN

3