1   CYNTHIA L. RICE, SBN#87630
    CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
2   1430 Franklin Street, Suite 103
    Oakland, CA 94612
3   Telephone: (510) 267-0762
    Facsimile: (510) 267-0763
4
5   BLANCA BAÑUELOS, SBN#231585
    ESMERELDA ZENDEJAS, SBN#258809
    CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
6   145 E. Weber Avenue
    Stockton, CA 95202
7   Telephone: (209) 946-0605
8
9   **Attorneys for Plaintiffs** Sergio Aguirre Batista, Hugo Santiago Arredondo Huerta, Daniel Becerra
    Aguilar, Israel Blas Jimenez, Librado Blas Martinez, Ramiro Alejandro Garcia Castro, Enrique Garcia
    Michel, Jaime Lopez Ramos, Fray Marcelino Lopez Rodriguez, Luis Ramon Naranjo Campos, Angel
10  Pano Ruiz, Frisdman Peña Ochoa, Aldo Manuel Rodriguez Zepeda, Octavio Revolledo Godinez, Agustin
    Torres Elias, Tomas Ayala Gonzalez, Marco Cesar Garcia Gutierrez, Jose Luis Rodriguez, Joel Murillo
11  Guerrero, Oscar Manuel Carillo Torres, Christian Ceja Ruiz, Christian Cruz Valverde, Gibran Rigoberto
    Diaz Campo, Leonel Esparza Ramirez, Benigno Martinez Marquez, Rene Meza Sanchez, Jesus Junior
12  Robles Rodriquez, Luis Manuel Torres Contreras, Uriel Torres Contreras, Juan Alfonso Bailon Marquez,
    Hugo Cesar Ceja Ibarra, Rigoberto Sandoval Preciado, Roberto Cruz Barragan, Obed Mares Contreras
13
14  DELLA BARNETT, SBN# 88649                  VIRGINIA VILLEGAS, SBN#179062
    CALIFORNIA RURAL ASSISTANCE FOUNDATION    VILLEGAS/CARRERA, LLP
15  2210 K Street, Suite 201                   170 Columbus Avenue, Suite 300
    Sacramento, CA 95814                       San Francisco, CA 94133
16  Telephone: (916) 446-7904                  Telephone: (415) 989-8000
    Facsimile: (916) 446-3057                  Facsimile: (415) 989-8028
17  Attorneys for all Plaintiff(s)             Attorneys for all Plaintiff(s)
18
                        **UNITED STATES DISTRICT COURT**
19                      **EASTERN DISTRICT OF CALIFORNIA**
20
    PATRICIA ALVAREZ CARDENAS, et al.,         Case No. 13-CV-02270-KJM-DAD
21          Plaintiff(s),
                                               **ORDER ENTERING**
22          v.                                 **SETTLEMENT AGREEMENT**
23  SGLC, INC., SALVADOR GONZALEZ, JULIAN
    GONZALEZ, and SALVADOR GONZALEZ dba        Related Case:  **FRAY MARCELINO**
24  SALVADOR GONZALEZ FARM LABOR               **LOPEZ RODRIGUEZ, et al. vs.**
    CONTRACTOR, VINO FARMS, INC., ISLANDS,     **SGLC, Inc. et al., Case No. 2:08-CV-**
25  INC., THOMAS HESTER and DOES 1 through 20, **01971-MCE-KJN,**
26          Defendant(s)
27
28

IT IS HEREBY ORDERED THAT:

The Settlement Agreement lodged herewith entered into between all Plaintiffs to this action: FRAY MARCELINO LOPEZ RODRIGUEZ, JOEL GONZALEZ AVILA, JUAN ALFONSO BAILON MARQUEZ, MELITON GUZMAN CONTRERAS, HUGO CESAR IBARRA CEJA, ABRAHAM JIMENEZ BUENO, JAIME LOPEZ RAMOS, DARIO VIRGEN CHAVEZ, DANIEL BECERRA AGUILAR, FRANCISCO CEJA SANDOVAL, LUIS RAMON NARANJO CAMPOS, JORGE LUIS RENDON SILVA, NICOLAS REYES TIBURCIO, ALDO MANUEL RODRIGUEZ ZEPEDA, SERGIO AGUIRRE BATISTA, HUGO SANTIAGO ARREDONDO HUERTA, ISRAEL BLAS JIMENEZ, LIBRADO BLAS MARTINEZ, RAMIRO ALEJANDRO GARCIA CASTRO, ENRIQUE GARCIA MICHEL, ANGEL PANO RUIZ, FRISDMAN PEÑA OCHOA, OCTAVIO REVOLLEDO GODINEZ, AGUSTIN TORRES ELIAS, TOMAS AYALA GONZALEZ, MARCO CESAR GARCIA GUTIERREZ, JOSE LUIS RODRIGUEZ, JOEL MURILLO GUERRERO, OSCAR MANUEL CARILLO TORRES, CHRISTIAN CEJA RUIZ, GIBRAN RIGOBERTO DIAZ CAMPO, LEONEL ESPARZA RAMIREZ, BENIGNO MARTINEZ MARQUEZ, RENE MEZA SANCHEZ, JESUS JUNIOR ROBLES RODRIGUEZ, PAULO SALGADO VILLAFAN, LUIS MANUEL TORRES CONTRERAS, URIEL TORRES CONTRERAS, RIGOBERTO SANDOVAL PRECIADO, ROBERTO CRUZ BARRAGAN, OBED MARES CONTRERAS, CHRISTIAN CRUZ VALVERDE, and ROGELIO LOPEZ LLAMAS and Plaintiffs in the related case of Alvarez Cardenas, et al. v. SGLC, Inc., et al, DC ED CA Case No. 2:13-cv-02270-MCE-KJN: PATRICIA ALVAREZ CARDENAS, MARIA DE JESUS ALVAREZ CARDENAS, MARCO ANTONIO DIAZ FIGUEROA, JUAN ANTONIO HERNANDEZ LOPEZ, LUIS GUILLERMO MEJIA GUZMAN, JESUS MANUEL RUIZ MEJIA, JAIME RODRIGUEZ HERNANDEZ, MARCO ANTONIO RODRIGUEZ HERNANDEZ, MARIO RODRIGUEZ HERNANDEZ, MARIA EULALIA ZAMORA CERVANTES, ROBERTO IBARRA COLLAS, BRENDA MAGALY JIMENEZ PADILLA, ROBERTO EULALIO RODRIGUEZ BRIZUELA, NOEMI ELIDIA TRUJILLO SALDANA, HUMBERTO ARECHIGA PEREZ, GABRIEL GONZALEZ GARCIA, J. JESUS LOPEZ, RAMONA VIRGEN CHAVEZ, FRANCISCO CEJA SANDOVAL, JOEL GONZALEZ AVILA, PEDRO MOJICA FIGUEROA, JUAN MANUEL MARTINEZ ZAMORA,

EUSEBIO ARIAS GALVAN, JOSE EDUARDO ORDOYEZ LANDIN, and JORGE LUIS RENDON SILVA on behalf of themselves and Opt-in Plaintiffs ANTONIO ALVARADO VILLANUEVA, RICARDO CERVANTES, and JAIME RICHARD GONZALEZ RAMIREZ, and Defendants, ISLANDS, INC. and THOMAS HESTER is hereby approved as the parties have demonstrated that this settlement agreement has been fully executed and its terms are fair, adequate, reasonable, and the product of arm's length negotiations.   The parties are directed to file their stipulated dismissal with prejudice not later than thirty (30) days following the date this Order is electronically filed.

      IT IS SO ORDERED.

Dated:  May 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER Entering Settlement Agreement
Case No.13-CV-02270-KJM-DAD